IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZAMAR BER SWIFT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1:22-CV-240 |
| ) | |
| THE COMMONWEALTH OF ) | |
| PENNSYLVANIA BOARD OF ) | |
| PROBATION AND PAROLE, et al, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM ORDER

This petition for writ of habeas corpus was received by the Clerk of Court on July 28, 2022. The matter was assigned and referred to Chief United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

Petitioner challenges the Pennsylvania Board of Probation and Parole's recalculation of his maximum sentence date after his arrest while on parle.

On March 3, 2025, Judge Lanzillo issued a Report and Recommendation recommending that the petition be denied and that a certificate of appealability be denied. ECF No. 14. No Objections have been filed by either Petitioner or Respondents.

"If a party objects timely to a magistrate judge's report and recommendation, the district court must 'make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made.'" *EEOC v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017) *quoting* 28 U.S.C. § 636(b)(1). Regardless of whether timely

1

objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Local Rule 72(D)(2).

After *de novo* review of the documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 28th day of March 2025;

IT IS ORDERED that the petition for writ of habeas corpus be denied and no certificate of appealability issue.

IT IS FURTHER ORDERED that final judgment is entered in favor of Respondents and against Petitioner pursuant to Fed.R.Civ.P. 58.

AND, IT IS FURTHER ORDERED that the report and recommendation of Chief Magistrate Judge Lanzillo, issued on March 3, 2025 [ECF No. 14] is adopted as the opinion of the court.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge